3

# CIVIL RIGHTS COMPLAINT FORM
FOR USE IN ACTIONS UNDER 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF FLORIDA

Pensacola DIVISION

1. Herman Fails ,
2. _____ ,
3. _____ .

(Enter the full name of each plaintiff, plus inmate number (if applicable). Begin the name of each plaintiff on a new line. The entire name of each party should be in capital letters. Descriptive terms such as a party's title or job position should be in normal case.)

vs.

CASE NUMBER: 3:99cv362/RV/mD
(To be assigned by Clerk)

1. Mike Gray ,
2. Ton Bain ,
3. Todd Tolben ,
4. _____ .

(Enter the full name of each defendant in the same manner as above. If additional space is required, use the blank area directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Revised 2/97

/

I. PLAINTIFFS:

State your full name, inmate number, and full mailing address in the lines below. Include the name of the institution in which you are confined. Do the same for any additional Plaintiffs:

    (A) Plaintiff's name: Herman Fails
        Plaintiff's inmate number: B-207200
        Prison or jail: Taylor Correctional Institution
        Mailing address: Taylor Correctional Institution P.O. Box 1728, Perry, FL 32348

II. DEFENDANTS:

State the full name of the defendant, official position, mailing address, and place of employment. Do the same for every defendant.

    (1) Defendant's name: Mike Gray
        Official position: Sheriff Investigator
        Mailing address:
        Employed at: Escambia County Sheriff Department

    (2) Defendant's name: Jon Bain
        Official position: Investigator
        Mailing address:
        Employed at: Escambia County Sheriff Department

    (3) Defendant's name: Todd Tolber
        Official position: Investigator
        Mailing address:
        Employed at: Escambia County Sheriff Department

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

NOTE: THE COURT WILL NOT ACCEPT THE COMPLAINT FOR FILING UNTIL PLAINTIFF(S) FILL OUT THE FOLLOWING REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES. UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 42 U.S.C. § 1997e (AS AMENDED), THIS COMPLAINT IS SUBJECT TO <u>DISMISSAL</u> IF THE CLAIMS PRESENTED HAVE NOT BEEN PROPERLY EXHAUSTED.

A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

Yes( )            No(✓)

[If your answer is YES, answer all the questions in this subsection. If your answer is NO, proceed to subsection III B.]

Exhaustion of administrative remedies pursuant to Fla. Admin. Code Chapter 33-29 is required prior to pursuing a civil rights action concerning events occurring within the Florida Department of Corrections. Any required grievances, appeals, and responses **must** be submitted to the Court to verify exhaustion. Each plaintiff must complete a separate Section III.

**EXHAUSTION STEPS REQUIRED:**

\*  Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance Involving Disciplinary Action.

    a.  Formal Grievance to Superintendent or to the Office of Secretary (Form DC1-303)
    b.  Appeal to the Office of Secretary (Form DC1-303)

\*  General Grievance

    a.  Informal Grievance (Form DC3-005)
    b.  Formal Grievance (Form DC1-303)
    c.  Appeal to the Office of Secretary (Form DC1-303)

**EXHAUSTION STEPS TAKEN:**

1. Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance

Involving Disciplinary Action (these are requests for Administrative Remedy or Appeal, by-passing the informal grievance step).

    a. Did you submit your grievance directly to the Superintendent and/or to the Office of Secretary (Form DC1-303)?

        Yes( )        No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

    c. Were you denied emergency status or otherwise required to first file an informal grievance?

        Yes( )        No( )

    d. Did you have a disciplinary hearing concerning this matter?

        Yes( )        No( )

    e. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

2. Informal Grievance (Request for Interview)

    a. Did you submit an informal grievance (Form DC3-005)?

        Yes( )        No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

3. Formal Grievance (Request for Administrative Remedy or Appeal)

    a. Did you submit a formal grievance (Form DC1-303)?

        Yes( )        No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

4. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

    a. Did you submit an appeal to the Office of the

Revised 2/97        4

Secretary (Form DC1-303)?

Yes ( )     No ( )

b. If so, you must attach a copy of the appeal and response to this complaint form.

B. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL?

Yes ( )     No (✓)

If your answer is YES, answer the following questions.

1. Is there a grievance procedure at your institution or jail?

Yes ( )     No ( )

2. Did you present the facts relating to your complaint in the prison grievance procedure?

Yes ( )     No ( )

3. If your answer is YES:

a. What steps did you take?

b. What were the results?

4. If your answer is NO, explain why not:

IV. **PREVIOUS LAWSUITS**

NOTE: UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 28 U.S.C. § 1915 (AS AMENDED), NO PRISONER SHALL BRING A CIVIL ACTION OR APPEAL A JUDGMENT IN A CIVIL ACTION UNDER 28 U.S.C. § 1915 IF THE PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY. THEREFORE, IT IS EXTREMELY IMPORTANT THAT THIS SECTION BE COMPLETED IN **THE MOST TRUTHFUL AND COMPLETE MANNER POSSIBLE**. FAILURE TO GIVE COMPLETE AND TRUTHFUL INFORMATION ABOUT PRIOR CASES CAN RESULT IN THE **DISMISSAL** OF THIS ACTION.

A. Have you initiated other actions in **state** court dealing with the same or similar facts or issues as involved in this action?     Yes (✓)     No ( )

B.  Have you initiated other actions in **federal** court dealing with the same or similar facts or issues as involved in this action?   Yes( )   No(✓)

C.  If your answer to either (A) or (B) is YES, describe each action in the space provided below.  If there is more than one action, describe all additional actions on a separate piece of paper, using the same format as below.

   (1) Parties to previous action:

       Plaintiff(s):
       Defendant(s):

   (2) Court (if federal court, name the district; if state court, name the county):

   (3) Docket Number:

   (4) Name of Judge:

   (5) Briefly describe the facts and basis of the action:

   (6) Disposition (Was the case dismissed?  If so, why? Did you appeal?  What result?):

   (7) Approximate filing date:

   (8) Approximate disposition date:

D.  Have you initiated other actions (other than those listed in (A) or (B)) in state or federal court relating to the fact or manner of your imprisonment or the conditions of your imprisonment?   Yes(✓)   No( )

E.  If your answer to (D) is YES, describe each action in the spaces below.  Attach additional pages if necessary.

   (1) Court (if federal court, name the district; if state, name the county): Escambia

   (2) Docket Number: 94-0464-CA-01

   (3) Parties to the previous action
       (a). Plaintiff(s): Hemon Fails
       (b). Defendant(s): Mike Gray, Ton bain, Todd Tolber

   (4) Basis of action: Defendant deprive Plaintiff of Property Case Dismiss

   (5) Is it still pending?   Yes( )   No(✓)

V.   STATEMENT OF FACTS:

Using numbered paragraphs, state as briefly as possible the **FACTS** of your case. Describe how each defendant was involved and what each did or did not do to give rise to your claim. Include the names of persons involved, dates, times, and places. State exactly what happened. **DO NOT make any legal arguments or cite any cases or statutes.** You may make copies of these pages and attach additional sheets of paper if needed:

On 8-1-97 9.P.m. The above defendant did Kick in the Front door of my Mobile Home, and arrest me. After I was arrested, I was Transported to the Escambia County Jail, While I was Place in the Car, I asked, and begged the officer to Please Lock and Secure my Car and home. The above defendant fail to do so, While I was in jail, I Release my Keys to my Sister for both, my Car and my Home On 8- -97. After being in Jail, the neighbor told my Sister that after I was Arrested and Left the above date 8-1-97, Eight or Nine different People in the Neighborhood, Started Stealing my Property from my home, see Attached List of thing that was missing from my home. Attached to this complaint; also my Car was Stolen. My Sister told me that one of her friend Ms. Erika Green, Reported to the Sheriff office that People was Stealing thing out my home, and had stole my Car, and the Sheriff Department fail to Respond.

VI.   STATEMENT OF CLAIM:

State as briefly as possible what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim, and relate each claim to the facts in the complaint. If the claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

(Claim I) Plaintiff alleges that after he was arrested he brought it to the officer Attention to secure his Mobile home and Car. The officer fail to do so. Plaintiff, allege that their action under Color of Law Violate his United States Constitution Rights Guaranteed Under 14th Amend. when they fail to Secure his Property and Car. Plaintiff, alleges that they Violate their Policies, and Procedure, while Performing their duties, as Law Enforcement officer Plaintiff, allege that the officer does have guideline to follow when arrest a Citizen of The United States.

(Claim II) Plaintiff, alleges that during the Search of His Home, The officer Action, while Performing their duties as Law Enforcement Officer Violate his 4th Amendment Rights Guaranteed Under the United States Constitution, when they went beyond the Area to Search base on the Search warrant Issue from the Judge, The 3 officer Went and Search the Car Leaving the Car Un-Secure, Their Polices, Rule, and Regulation, Clearly show that their action was in bad Faith, when they Knew, that the search warrant did not Include the Car.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from this court. Do not make any legal arguments or cite any cases. You may, if you wish, cite statutes which authorize the relief requested, but need not do so.

1. Award Compensatory Damages in the Following Amount
A. 10,000.00 jointly and severally against Gray, Bain and Tolber for the mental and Emotional Stress Resulting in the lose of Plaintiff Property and Car.
2. Award Punitive damages in the following amount:
A. 50,000.00 against Defendant Gray
   50,000.00 against Defendant Bain
   50,000.00 against Defendant Tolber
B. Grant such other relief as it may appear that the Plaintiff is Entitled.

## VIII. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

Signed this  23  day of  August , 19 99 .

Herman Fails
Taylor Corr. Inst.
P.O. Box #1728
Perry, Fl. 32348

(Signature(s) of Plaintiff(s))

Revised 2/97                              9

7-5   Below are the property stolen from my Home on or about 8- -97......

ITEM                          VALUE 27,000

1. Chain saw       (1)
2. Super Blower    (1)
3. Paint tool      (set)
4. VCR             (2)
5. TV              (2)
6. Watch           (1)
7. Dress Pants clor (6)
8. Short outfit    (7)
9. Short Pants     (7)
10. Pager          (1)
11. Vido Tapes     (30)
12. Car # 1984 Cadilac Seville (1)
13. Tool Box/w tool (1)
14. Gold Rings     (2)
15. Raidos         (2)
16. Car tapes      (40)
17. Wall Pictures  (2)
18. Coffee Pot     (1)
19. Toster         (1)
20. Clock          (2)
21. Paint different color (7)
22. Gold Necklace  (2)
23. 3 Piece cherry set
24. Shoes          (4)
25. Watch          (1)
26. Dress shirts   (7)